UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
　　　　　　　　　　　　　　　　　　　　　　　　:
ALLSTATE INSURANCE COMPANY et al.,　　  :
　　　　　　　　　　　　　　Plaintiffs,　　　　　:　　　20 Misc. 430 (LGS)
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　-against-　　　　　　　　　　　　　:　　　ORDER
　　　　　　　　　　　　　　　　　　　　　　　　:
LAW OFFICE OF BENJAMIN M.　　　　　　　　:
PINZCEWSKI,　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Defendant.　　　　:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

　　　　WHEREAS, Petitioners, who are plaintiffs in the underlying litigation *Allstate Ins. Co. et al. v. Svetlana Khotenok, et al.*, No. 18 Civ. 05650 (E.D.N.Y.), move to compel non-party the Law Office of Benjamein M. Pinczewski ("Respondent") to produce documents in response to Petitioners' subpoenas served on August 6, 2019, and January 7, 2020 (Dkt. No. 1).  Petitioners also seek leave to file their moving papers in redacted form and under seal.  It is hereby

　　　　**ORDERED** that by **December 9, 2020**, Respondent shall file its opposition to Petitioners' motion at Dkt. No. 1, if any, in accordance with the Individual Rules.  By **December 16, 2020**, Petitioners shall file any reply in accordance with the Individual Rules.  It is further

　　　　**ORDERED** that by **November 30, 2020**, Petitioners shall serve a copy of this Order on Respondent and file proof of service.  It is further

　　　　**ORDERED** that Petitioners' motion to seal is GRANTED.  Petitioners shall file their moving papers and exhibits in redacted form and under seal.

　　　　The Clerk of Court is respectfully directed to close the docket entry at No. 7.

Dated: November 25, 2020
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　LORNA G. SCHOFIELD
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE